UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRICIA M. BARTELT,

    Plaintiff,

    v.

AFFYMAX, INC., et al.,

    Defendants.

_____/

No. C 13-1025 PJH

**ORDER**

Now pending before the court are three competing motions for appointment as lead plaintiff and appointment of lead plaintiff's counsel. Per Civil Local Rule 7-2(a), all motions must be noticed for hearing at least 35 days prior to the hearing date.[1] The court will not hear the competing motions at separate hearings. Of the three motions, the most recently filed was filed on May 6, 2013. Thus, the soonest it can be heard is June 12, 2013

Accordingly, the court will hear all three motions on Wednesday, June 12, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 6, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge

---

[1] The court expects counsel to familiarize themselves with the Civil Local Rules of this court.