UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRICIA M. BARTELT,

    Plaintiff,                         No. C 13-1025 PJH

    v.                                    **ORDER**

AFFYMAX, INC., et al.,

    Defendants.

_____/

    Plaintiffs Frank Estrada and Christopher Sprute each having withdrawn his motion for appointment as lead plaintiff and for appointment of lead plaintiff's counsel, and plaintiff Tommy Jay Carter having previously moved for, among other things, appointment as lead plaintiff and for appointment of lead plaintiff's counsel, and having also requested entry of an order by the court granting that motion,

    It is hereby Ordered that the parties shall, no later than May 17, 2013, submit a stipulated form of order, including the relief requested by plaintiff Carter in the response filed May 10, 2013, plus a schedule for filing the amended complaint and for defendants to respond to the amended complaint.

**IT IS SO ORDERED.**

Dated: May 10, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge