1    COOLEY LLP
     JOHN C. DWYER (136533)
2    (dwyerjc@cooley.com)
     JEFFREY M. KABAN (235743)
3    (jkaban@cooley.com)
     RITESH K. SRIVASTAVA (246477)
4    (rsrivastava@cooley.com)
     JACQUELINE B. KORT (284370)
5    (jkort@cooley.com)
     Five Palo Alto Square
6    3000 El Camino Real
     Palo Alto, CA  94306-2155
7    Telephone:     (650) 843-5000
     Facsimile:     (650) 849-7400
8
     ATTORNEYS FOR DEFENDANTS
9    AFFYMAX, INC., JOHN A. ORWIN, HERBERT C. CROSS,
     ANNE-MARIE DULIEGE, AND JEFFREY H. KNAPP
10

11                        UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14   TRICIA M. BARTELT, Individually and on        Case No.  3:13-cv-01025-WHO
     Behalf of All Others Similarly Situated,
15                                                 **CLASS ACTION**
                        Plaintiff,
16                                                 **STIPULATION AND ORDER CONTINUING
            v.                                     THE CASE MANAGEMENT CONFERENCE**
17
     AFFYMAX, INC., JOHN A. ORWIN,                 Date:       January 15, 2014
18   HERBERT C. CROSS, ANNE-MARIE                  Time:       2:00 p.m.
     DULIEGE, JEFFREY H. KNAPP                     Courtroom:  2.
19                                                 Judge:      Hon. William H. Orrick
                        Defendants.
20

21

22          Plaintiffs and the Defendants in this action hereby stipulate as follows:

23          **WHEREAS**, on May 17, 2013, the Court issued an order setting forth the schedule for the

24   filing of a consolidated amended complaint in this case and any responses thereto (Dkt. 37);

25          **WHEREAS**, pursuant to the Court's order setting the schedule (Dkt. 37), Plaintiffs filed a

26   Consolidated Amended Class Action Complaint ("Consolidated Amended Complaint") on July

27   22, 2013; Defendants filed a Motion to Dismiss the Consolidated Amended Complaint ("Motion

28   to Dismiss") on September 20, 2013; Plaintiffs filed an Opposition to the Motion to Dismiss on

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

                                                1.                    **STIP. TO CONTINUE CMC
                                                                      3:13-CV-01025-WHO**

1   November 19, 2013; and Defendants filed a Reply in Support of the Motion to Dismiss on

2   December 19, 2013;

3        **WHEREAS**, the hearing on Defendants' Motion to Dismiss is scheduled for January 15,

4   2014;

5        **WHEREAS**, on December 3, 2013, the Court set a Case Management Conference to be

6   conducted on January 15, 2014, immediately following the motions hearing and the Court also

7   ordered the parties to submit a Case Management Statement by January 8, 2014 (Dkt. 57);

8        **WHEREAS,** this matter is a class action under the federal securities laws and subject to

9   the Private Securities Litigation Reform Act of 1995 (PSLRA);

10       **WHEREAS,** pursuant to the PSLRA, all discovery in this case is stayed until the Court

11   rules on the sufficiency of the Consolidated Amended Complaint (15 U.S.C. §78u-4(b)(3)(B));

12       **WHEREAS,** the parties agree and respectfully submit that a case management conference

13   would be premature and not benefit the Court or the parties at this time because discovery is

14   stayed and Defendants' Motion to Dismiss is pending;

15       **NOW, THEREFORE**, the parties jointly request that the Court take the Case

16   Management Conference off calendar and that it be rescheduled, if necessary, after the discovery

17   stay is lifted, and further, the Case Management Statement due on January 8, 2014 be deferred

18   until one week prior to any Case Management Conference that may be scheduled.

19       **IT IS SO STIPULATED.**

20

21

22   Dated: <u>December 23, 2014</u>

23                                        **POMERANTZ GROSSMAN HUFFORD
                                          DAHLSTROM & GROSS LLP**

24                                        By: <u>/s/ Patrick V. Dahlstrom</u>

25                                        Patrick V. Dahlstrom
                                          Leigh Handelman Smollar
26                                        Mark. B. Goldstein
                                          Ten South LaSalle Street, Suite 3505
27                                        Chicago, Illinois 60603
                                          Telephone: (312) 377-1181
28                                        Facsimile: (312) 377-1184

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO
                                2.              **STIP. TO CONTINUE CMC
                                                3:13-CV-01025-WHO**

Marc I. Gross
Jeremy A. Lieberman
Lesley F. Portnoy
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665
Email: jalieberman@pomlaw.com

*Lead Counsel for Lead Plaintiff*

Dated: <u>December 23, 2013</u>

**COOLEY LLP**

By: <u>/s/ Jeffrey M. Kaban</u>

Jeffrey M. Kaban (235743)
5 Palo Alto Square
3000 El Camino Real
Palo Alto, California 94304
Telephone: (650) 843-5000
Facsimile:  (650) 849-7400
Email: jkaban@cooley.com

*Counsel for Defendants Affymax, Inc., John A.
Orwin, Herbert C. Cross, Anne-Marie Duliege, and
Jeffrey H. Knapp*

### <u>ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)</u>

Pursuant to Civil Local Rule 5-1(i)(3), I, Jeffrey M. Kaban, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  <u>December 23, 2013</u>          /s/ Jeffrey M. Kaban
                                          Jeffrey M. Kaban

Cooley LLP
Attorneys At Law
Palo Alto

3.

**Stip. to Continue CMC
3:13-cv-01025-WHO**

1

**ORDER**

2      Pursuant to the stipulation of the parties, the January 15, 2014, Case Management

3   Conference is hereby taken off-calendar, to be rescheduled, if necessary, following the lifting of

4   the discovery stay.  No Case Management Statement is currently due.

5      IT IS SO ORDERED.

6

7   Dated: December 24, 2013

8   _____
    Honorable Hon. William H. Orrick
9   United States District Judge
    Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28