COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
JEFFREY M. KABAN (235743)
(jkaban@cooley.com)
JACQUELINE B. KORT (284370)
(jkort@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

ATTORNEYS FOR DEFENDANTS
AFFYMAX, INC., JOHN A. ORWIN, HERBERT C. CROSS,
ANNE-MARIE DULIEGE, AND JEFFREY H. KNAPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRICIA M. BARTELT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AFFYMAX, INC., JOHN A. ORWIN, HERBERT C. CROSS, ANNE-MARIE DULIEGE, JEFFREY H. KNAPP<br><br>Defendants. | Case No.  3:13-cv-01025-WHO<br><br>**CLASS ACTION**<br><br>**JOINT STATUS UPDATE REGARDING SETTLEMENT NEGOTIATIONS AND ORDER EXTENDING THE STAY**<br><br>Filed:       February 27, 2013<br>Judge:      Hon. William H. Orrick |

1  Pursuant to the Court's order on February 18, 2014 (Doc. 69), Plaintiffs and Defendants in the above-captioned action, provide the following Joint Status Update Regarding Settlement Negotiations and hereby request that the stay be extended to June 20, 2014:

On May 8, 2014, Defendants participated in mediation with Plaintiffs in the above-captioned action (collectively, the "Parties"). At the mediation, the Parties agreed to the terms of a settlement of the above-captioned action.

The Parties are in the process of documenting the settlement. The Parties anticipate filing a motion for preliminary approval of the settlement on or before June 6, 2014.

The Parties request that the litigation remain stayed until June 20, 2014 to allow the Parties to document the settlement agreement and file a motion for preliminary approval.

Dated: May 21, 2014                COOLEY LLP


    /s/ Jeffrey M. Kaban
JEFFREY M. KABAN (235743)

ATTORNEYS FOR DEFENDANTS
AFFYMAX, INC., JOHN ORWIN, HERBERT CROSS, ANNE-MARIE DULIEGE, AND JEFFREY H. KNAPP


Dated: May 21, 2014                POMERANTZ GROSSMAN HUFFORD
                                   DAHLSTROM & GROSS LLP


    /s/ Leigh Handelman Smollar
LEIGH HANDELMAN SMOLLAR (*pro hac vice*)

ATTORNEYS FOR LEAD PLAINTIFF AND THE CLASS

**ATTESTATION PURSUANT TO CIVL LOCAL RULE 5-1(I)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Jeffrey M. Kaban, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 21, 2014

　　　　　　　　　　　　　　　　　/s/ Jeffrey M. Kaban
　　　　　　　　　　　　　　　　　JEFFREY M. KABAN (235743)

**ORDER**

Pursuant to the Joint Status Update Regarding Settlement Negotiations, the Court hereby extends the stay in the Consolidated Action to June 20, 2014 to allow the Parties time to document the settlement and file a motion for preliminary approval. If the motion for preliminary approval is not on file on or before June 20, 2014, the Parties will submit a further Joint Status Update Regarding Settlement Negotiations and a schedule for Plaintiffs to file their Amended Complaint and a briefing schedule for Defendants' motion to dismiss.

IT IS SO ORDERED.

Dated: __May 22__, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Hon. William H. Orrick
　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　Northern District of California