| | |
|---|---|
| 1 | COOLEY LLP<br>JOHN C. DWYER (136533) |
| 2 | (dwyerjc@cooley.com)<br>JEFFREY M. KABAN (235743) |
| 3 | (jkaban@cooley.com)<br>JACQUELINE B. KORT (284370) |
| 4 | (jkort@cooley.com)<br>Five Palo Alto Square |
| 5 | 3000 El Camino Real<br>Palo Alto, CA  94306-2155 |
| 6 | Telephone:     (650) 843-5000<br>Facsimile:      (650) 849-7400 |
| 7 | |
| 8 | ATTORNEYS FOR DEFENDANTS<br>AFFYMAX, INC., JOHN A. ORWIN, HERBERT C. CROSS,<br>ANNE-MARIE DULIEGE, AND JEFFREY H. KNAPP |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRICIA M. BARTELT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AFFYMAX, INC., JOHN A. ORWIN, HERBERT C. CROSS, ANNE-MARIE DULIEGE, JEFFREY H. KNAPP<br><br>Defendants. | Case No.  3:13-cv-01025-WHO<br><br>**CLASS ACTION**<br><br>**JOINT STATUS UPDATE REGARDING SETTLEMENT NEGOTIATIONS AND ORDER EXTENDING THE STAY**<br><br>Filed:       February 27, 2013<br>Judge:      Hon. William H. Orrick |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STATUS UPDATE RE SETTLEMENT
3:13-CV-01025-WHO

Pursuant to the Court's order on May 22, 2014 (Doc. 71), Plaintiffs and Defendants in the above-captioned action, provide the following Joint Status Update Regarding Settlement Negotiations and hereby request that the stay be extended to July 3, 2014:

On May 8, 2014, Defendants participated in mediation with Plaintiffs in the above-captioned action (collectively, the "Parties").  At the mediation, the Parties agreed to the terms of a settlement of the above-captioned action.

The Parties are in the process of documenting the settlement.  The Parties are working diligently to file a motion for preliminary approval of the settlement on or before July 3, 2014.

The Parties request that the litigation remain stayed until July 3, 2014 to allow the Parties to document the settlement agreement and file a motion for preliminary approval.

Dated: June 20, 2014                COOLEY LLP


  */s/ Jeffrey M. Kaban*
JEFFREY M. KABAN (235743)

ATTORNEYS FOR DEFENDANTS
AFFYMAX, INC., JOHN ORWIN, HERBERT CROSS, ANNE-MARIE DULIEGE, AND JEFFREY H. KNAPP

Dated: June 20, 2014                POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP


  */s/ Leigh Handelman Smollar*
LEIGH HANDELMAN SMOLLAR (*pro hac vice*)

ATTORNEYS FOR LEAD PLAINTIFF AND THE CLASS

**ATTESTATION PURSUANT TO CIVL LOCAL RULE 5-1(I)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Jeffrey M. Kaban, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: June 20, 2014         */s/ Jeffrey M. Kaban*
                             JEFFREY M. KABAN (235743)

**ORDER**

Pursuant to the Joint Status Update Regarding Settlement Negotiations, the Court hereby extends the stay in the Consolidated Action to July 3, 2014 to allow the Parties time to document the settlement and file a motion for preliminary approval. If the motion for preliminary approval is not on file on or before July 3, 2014, the Parties will submit a further Joint Status Update Regarding Settlement Negotiations and a schedule for Plaintiffs to file their Amended Complaint and a briefing schedule for Defendants' motion to dismiss.

IT IS SO ORDERED.

Dated: June 23, 2014

_____
Honorable Hon. William H. Orrick
United States District Judge
Northern District of California